UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Melissa Martinez Reddick,<br><br>    Plaintiff<br>v.<br><br>Carson City School District, et al.,<br><br>    Defendants | Case No.: 2:24-cv-00765-JAD-NJK<br><br>**Order Transferring Case to Unofficial Northern Division** |

Melissa Martinez Reddick sues the Carson City School District and three of its employees on her son's behalf, alleging that his teacher subjected him to corporal punishment and threatening language in violation of the United States Constitution.[1] The allegations center squarely on events that took place in Carson City, Nevada, which is located in Washoe County. This district has two unofficial divisions: the southern division, which presides over cases arising in Clark, Esmeralda, Lincoln, and Nye counties; and the northern division, which presides over cases from the remaining counties.[2] Under Local Rule IA 1-8(a), civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."[3] Because this action arose in the northern division's Washoe County, **the Clerk of Court is directed to transfer and reopen this matter as a new action under a new docket number in the northern division**, and close this docket number without prejudice to Melissa Martinez Reddick regarding any limitation period and filing fee.

_____
U.S. District Judge Jennifer A. Dorsey
April 23, 2024

---

[1] *See generally* ECF No. 1.
[2] L.R. IA 1-6.
[3] L.R. IA 1-8(a).