# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELISSA MARTINEZ REDDICK, as Guardian of JOHN DOE, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CARSON CITY SCHOOL DISTRICT, *et al.*,<br><br>Defendants. | Case No. 3:24-CV-00187-MMD-CLB<br><br>**ORDER DENYING STIPULATION FOR EXTENSION OF TIME**<br><br>[ECF No. 15] |

Currently pending before the Court is the parties' stipulation to extend the deadline for Defendants to file a response to Plaintiff Melissa Martinez Reddick's ("Reddick") complaint. (ECF No. 15.) Reddick filed her complaint on April 22, 2024, and the deadline to file a response to the complaint is July 8, 2024. (ECF No. 1.) The parties represent that good cause exists for the extension of time because the plaintiff – Reddick - is in the process of securing new counsel. (ECF No. 15 at 2.) The parties request that the deadline to respond to the complaint be extended to fourteen days after Reddick files a substitution of counsel. (*Id.*)

The Court does not find that good cause exists to grant the parties' requested extension of time. Critically, the parties fail to explain how *Plaintiff's* desire to secure new counsel impacts the *Defendants'* ability to respond to the complaint. It is entirely unclear to the Court why Defendants require an extension to file a response to the complaint based on Plaintiff's anticipated change in counsel.

Moreover, the requested extension does not provide a certain deadline for Defendants' to respond to the complaint. Rather, the agreed upon extension states that Defendants' response will be due "no later than 14 days following Plaintiff's filing of a substitution of counsel with the Court." (ECF No. 15 at 2.) However, it is unclear when, or even if, new counsel will make a notice of appearance in this case. The Court will not set

an indefinite deadline such as the one requested, especially in a situation where the need for such a deadline has not been explained.

Consequently, the Court **DENIES** the parties' stipulation to extend time. (ECF No. 15.)

**IT IS SO ORDERED.**

**DATED**: June 27, 2024.

UNITED STATES MAGISTRATE JUDGE