Paul J. Anderson, Esq., NSB #709
Maupin, Cox & LeGoy
4785 Caughlin Parkway
Reno, NV 89519
panderson@mcllawfirm.com
Tel.: (775) 827-2000
Fax: (775) 827-2185
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA MARTINEZ REDDICK as Guardian of JOHN DOE, a minor, on his behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>CARSON CITY SCHOOL DISTRICT, a political subdivision of the State of Nevada, TAMMY BORREMANS, individually, AMY ROBINSON, individually, ANDREW FUELING, individually, DOE individuals I-V, ROE Corporations 1-10.<br><br>Defendants.<br>_____/ | Case No.: 3:24-cv-00187-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br>**[SECOND REQUEST]** |

Pursuant to Local Rule LR IA 6-2 and LR 7-1, Defendant, CARSON CITY SCHOOL DISTRICT ("CCSD"); Defendant, AMY ROBINSON ("Robinson"); Defendant, ANDREW FUELING ("Fueling"); Defendant, TAMMY BORREMANS ("Borremans"), collectively referred to herein as "Defendants" or by their individual names; and Plaintiff MELISSA MARTINEZ REDDICK, as Guardian of JOHN DOE, a minor, on his behalf ("Plaintiff"), by and through their undersigned counsel stipulate to extend the deadline for filing responses to the

1

4785 Caughlin Pkwy
Reno, Nevada 89519
(775) 827-2000
www.mcllawfirm.com

Complaint filed by Plaintiff on April 22, 2024 (ECF 1).

This Stipulation is made in good faith and not for the purposes of delaying this proceeding. The Parties submit that good cause exists for this Court to grant the requested extension of the time to respond to the Complaint based on the following facts:

1. Waivers of Service ("Waivers") were sent by Plaintiff to all Defendants on May 9, 2024. Defendants executed the Waivers which were filed with the Court on June 4, 2024 (ECF 7, ECF 8, ECF 9, ECF, 10).

2. The current deadline for filing responses to the Complaint is Monday, July 8, 2024.

3. Based on recent events, Plaintiff is currently in the process of seeking new counsel and will be filing a substitution of counsel once counsel has been retained.

4. The Parties submitted a Stipulation to extend the deadline for filing responses to the Complaint on June 26, 2024 (ECF 15). The Court entered its Order Denying Stipulation for Extension of Time (ECF 16) on June 27, 2024. In response to the Court's Order, the Parties submit this Stipulation to address the Court's concerns of an indefinite extension of time.

5. It is the intent of Defendants to file motions to dismiss the Complaint as their responsive pleading.

6. Based on Plaintiff's current search for new counsel, the Parties wish to extend the deadline for filing their responses to the Complaint so as to not place the Plaintiff in a position of disadvantage.

7. Should Plaintiff fail to retain substitute counsel within **ninety (90) days** following entry of the Court's order approving this Stipulation, Defendants will file responsive pleadings within **fourteen (14) days** thereafter.

///
///
///
///

4785 Caughlin Pkwy
Reno, Nevada 89519
(775) 827-2000
www.mcllawfirm.com

8. Based on the foregoing, the Parties stipulate to extend the deadline for filing responses to the Complaint no later than **14 days** following Plaintiff's filing of a substitution of counsel with the Court, or within **104 days** following this Court's entry of the order approving this Stipulation, whichever may first occur.

Dated this 27th day of June, 2024.

MAUPIN, COX & LeGOY

By: /s/ Paul J. Anderson
    Paul J. Anderson, Esq., NSB #709
    4785 Caughlin Parkway
    Reno, NV 89519
    Tel.: (775) 827-2000
    Fax: (775) 827-2185
    panderson@mcllawfirm.com
    *Attorneys for Defendants Carson City School District, Amy Robinson, and Andrew Feuling*

Dated this 27th day of June, 2024.

CHATTAH LAW GROUP

By: /s/ Sigal Chattah
    Sigal Chattah, Esq., NSB #8264
    Chattah Law Group
    5875 S. Rainbow Blvd., #205
    Las Vegas, NV 89118
    Tel: (702) 360-6200
    Fax: (702) 643-6292
    chattahlaw@gmail.com

    Joseph S. Gilbert, Esq. NSB #9033
    Joey Gilbert Law
    405 Marsh Avenue
    Reno, NV 89509
    Tel.: (775) 284-7700
    Fax: (775) 284-3809
    joey@joeygilbertlaw.com
    *Attorneys for Plaintiff*

Dated this 27th day of June, 2024.

ALEXANDER & ASSOCIATES, INC.

By: /s/ Ann M. Alexander
    Ann M. Alexander, Esq., NSB #7256
    PO Box 5790
    Reno, NV 89513
    Tel.: (775) 800-1128
    Fax: (775) 800-1227
    alexander@amalex.com
    *Attorney for Defendant Tammy Borremans*

**IT IS SO ORDERED.**

DATED: June 28, 2024

_____
U.S. MAGISTRATE JUDGE

Maupin Cox LeGoy
Attorneys at Law
4785 Caughlin Pkwy
Reno, Nevada 89519
(775) 827-2000
www.mcllawfirm.com